RETURN OF SERVICE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-CV-00188 ABJ

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2016 MAR 24 PM 1 12
STEPHAN HARRIS, CLERK
CHEYENNE

PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ST Green River Police Department

was received by me on *(date)* 3/18/2016 .

☒ I personally served the summons on the individual at *(place)* Mayor of Green River-chief executive officer, 50 E. 2nd North, Green River, WY on *(date)* 3/18/16 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 25.00 for travel and $ 5.00 for services, for a total of $ 30.00 .

I declare under penalty of perjury that this information is true.

Date: 3/18/2016

*Server's signature*

Justin Hoopes
*Printed name and title*

1400 Bridger Dr. Apt. S2

Donna K. Lukes
*Notary*

Additional information regarding attempted service, etc:

[Notary seal: DONNA K. LUKES, NOTARY PUBLIC, SWEETWATER COUNTY, WYOMING, My Commission Expires 7/26/2016]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MARTI LUNDAHL )
HOLLIE TELFORD )
_____ )
Plaintiff(s) (Counter/Cross) )
v. ) Civil Action No. 2:15-CV-00188 ABJ
)
GREEN RIVER POLICE DEPT., et al. )
(Counter/Cross) )
_____ )
Defendant(s) )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

GREEN RIVER POLICE DEPT.
375 W. FLAMING GORGE WAY
GREEN RIVER, WY 82935

Served Mayor of Green River - chief executive
50 E. 2nd North
Green River, WY 82935

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marti Lundahl, Hollie Telford
935 Wilderness Trail
Green River, WY 82935

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/25/16

_____
*Signature of Clerk or Deputy Clerk*
Tammy Hilliker

*Return of Service*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-CV-00188 ABJ

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2016 MAR 24 PM 1 12
STEPHAN HARRIS, CLERK
CHEYENNE

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* STEPHANI Clayton

was received by me on *(date)* 3/18/2016 .

☒ I personally served the summons on the individual at *(place)* Pioneer Park Business Office 1104 Wilderness Trail, Green River, WY on *(date)* 3/18/16 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 25.00 for travel and $ 5.00 for services, for a total of $ 30.00 .

I declare under penalty of perjury that this information is true.

Date: 3/18/2016

_____
Server's signature

Justin Hoopes
*Printed name and title*

1400 bridger dr. Apt #52

_____
Donna K. Lukes
Notary

Additional information regarding attempted service, etc:

[Notary seal: DONNA K. LUKES, NOTARY PUBLIC, SWEETWATER COUNTY, WYOMING, My Commission Expires 7/26/2016]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MARTI LUNDAHL )
HOLLIE TELFORD )
_____ )
Plaintiff(s) (Counter/Cross) )
v. ) Civil Action No. 2:15-CV-00188 ABJ
)
ANN CLAYTON, et al. )
_____ )
Defendant(s) (Counter/Cross) )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

ANN CLAYTON
1104 Wilderness Trail
Green River, WY 82935

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marti Lundahl, Hollie Telford
935 Wilderness Trail
Green River, WY 82935

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2/25/16

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

RETURN OF SERVICE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-CV-00188 ABJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2016 MAR 24 PM 1 12
STEPHAN HARRIS, CLERK
CHEYENNE

This summons for *(name of individual and title, if any)* Amanda Chetterbock
was received by me on *(date)* 3/18/2016 .

☒ I personally served the summons on the individual at *(place)* Sweetwater County Circuit Courthouse 177 N. Center St., Green River, WY 82935 on *(date)* 3/18/16 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 25.00 for travel and $ 5.00 for services, for a total of $ 30.00 .

I declare under penalty of perjury that this information is true.

Date: 3/18/2016

*Server's signature*

Justin Hoopes
*Printed name and title*

1460 bridger drive Apt 52

Donna K. Lukes
Notary

Additional information regarding attempted service, etc:

[Notary Seal: DONNA K. LUKES, NOTARY PUBLIC, SWEETWATER COUNTY, WYOMING, My Commission Expires 7/24/2016]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MARTI LUNDAHL  
HOLLIE TELFORD  
             Plaintiff(s) (Counter/Cross)  
             v.  
AMANDA CHETTERBOCK, et al.  
             Defendant(s) (Counter/Cross)

Civil Action No. 2:15-CV-00188 ABJ

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  
    AMANDA CHETTERBOCK  
    177 N. CENTER STREET  
    GREEN RIVER, WY 82935

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Marti Lundahl, Hollie Telford  
    935 Wilderness Trail  
    Green River, WY 82935

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/25/16

*Signature of Clerk or Deputy Clerk*

**Return of Service**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-CV-00188 ABJ

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2016 MAR 24 PM 1 12
Stephan Harris, CLERK
CHEYENNE

This summons for *(name of individual and title, if any)* Donald Thatcher

was received by me on *(date)* 3/18/2016 .

☒ I personally served the summons on the individual at *(place)* Green River Post Office 350 Uinta Drive, Green River, Wy 82935 on *(date)* 3/18/16 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 25.00 for travel and $ 5.00 for services, for a total of $ 30.00 .

I declare under penalty of perjury that this information is true.

Date: 3/18/2016

*Server's signature*

Justin Hoopes
*Printed name and title*

1400 Bridger drive Apt #52

Donna K. Lukes
Notary

Additional information regarding attempted service, etc:

[Notary seal: DONNA K. LUKES, NOTARY PUBLIC, SWEETWATER COUNTY, WYOMING, My Commission Expires 7/24/2016]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MARTI LUNDAHL
HOLLIE TELFORD
    Plaintiff(s) (Counter/Cross)
    v.

DONALD THATCHER, et al.
    Defendant(s) (Counter/Cross)

Civil Action No. 2:15-CV-00188 ABJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      DONALD THATCHER
    350 UINTA DRIVE
    GREEN RIVER, WY 82935

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Marti Lundahl, Hollie Telford
    935 Wilderness Trail
    Green River, WY 82935

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/25/16

*Signature of Clerk or Deputy Clerk*

*Return of Service*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-CV-00188 ABJ

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2016 MAR 24  PM 1 12

STEPHAN HARRIS, CLERK
CHEYENNE

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pioneer Park aka Global E LLC

was received by me on *(date)* 3/18/2016 .

☒ I personally served the summons on the individual at *(place)* Ann Clayton - Manager @ Pioneer Park Business Office
1104 Wilderness Trail, Green River, WY    on *(date)* 3/18/16    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 25.00 for travel and $ 5.00 for services, for a total of $ 30.00 .

I declare under penalty of perjury that this information is true.

Date: 3/18/2016        _____
                            Server's signature

                         Justin Hoopes
                       *Printed name and title*

1400 Bridger Drive Apt #52

Donna K. Lukes
Notary

Additional information regarding attempted service, etc:

[Notary Seal: DONNA K. LUKES, NOTARY PUBLIC, SWEETWATER COUNTY, WYOMING, My Commission Expires 1/26/2016]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MARTI LUNDAHL )
HOLLIE TELFORD )
           *Plaintiff(s)* (Counter/Cross) )
           v. )  Civil Action No. 2:15-CV-00188 ABJ
)
GLOBAL E LLC d/b/a PIONEER PARK, et al )
)
           *Defendant(s)* (Counter/Cross) )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    GLOBAL E. LLC d/b/a/ PIONEER PARK
    1104 Wilderness Trail
    Green River, WY 82935

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Marti Lundahl, Hollie Telford
    935 Wilderness Trail
    Green River, WY 82935

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/25/16     _____
                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Return of Service

Civil Action No. 2:15-CV-00188 ABJ

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2016 MAR 24 PM 1 13
STEPHAN HARRIS, CLERK
CHEYENNE

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Micheal Stulken

was received by me on *(date)* 3/18/2016.

☒ I personally served the summons on the individual at *(place)* Law Office Stulken and Tynsky 520 Wilkes Dr. Ste 7A, Green River, WY on *(date)* 3/18/16 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 25.00 for travel and $ 5.00 for services, for a total of $ 30.00.

I declare under penalty of perjury that this information is true.

Date: 3/18/2016

Server's signature

Justin Hoopes
*Printed name and title*

1400 Bridger dr. Apt #52

Donna K. Lukes
Notary

Additional information regarding attempted service, etc:

[Notary seal: DONNA K. LUKES, NOTARY PUBLIC, SWEETWATER COUNTY, WYOMING, My Commission Expires 7/26/2016]

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

MARTI LUNDAHL )
HOLLIE TELFORD )
)
Plaintiff(s) (Counter/Cross) )
v. ) Civil Action No. 2:15-CV-00188 ABJ
)
MICHEAL STULKEN, et al )
)
Defendant(s) (Counter/Cross) )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MICHEAL STULKEN
520 WILKES DR. #7A
Green River, WY 82935

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marti Lundahl, Hollie Telford
935 Wilderness Trail
Green River, WY 82935

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/25/16                                     _Tammy Hilliker_
                                                  *Signature of Clerk or Deputy Clerk*