IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GLOBAL E, LLC, d/b/a PIONEER PARK MHC, <br><br>Plaintiffs, <br><br>v. <br><br>MARTI LUNDAHL, and HOLLIE TELFORD, <br><br>Defendants. | Case No. 15-CV-188-ABJ |

## ORDER DENYING ALL PENDING MOTIONS AS MOOT, EXCEPT THOSE CONCERNING ATTORNEYS' FEES

On February 4, 2016, the defendants, Marti Lundahl and Hollie Telford, filed their *Notice of Removal* concerning three cases from the Third Judicial District of Wyoming. (Doc. No. 3). The Court granted the removal on February 8, 2016. At that point, the only matters before this Court were the three matters the defendants removed from state court. The defendants then attempted to insert multiple causes of action that are unrelated to the three removed cases. The defendants attempted to insert a declaratory judgment action into this case with their *Petition for Declaratory Judgment* (Doc. No. 7). The defendants attempted to insert a separate civil action with their *Verified Cross-Complaint/Counter Claim* (Doc. No. 11). These two pleadings were not properly before the Court.

On March 4, 2016, Global E, plaintiff, filed its *Motion to Remand* (Doc. No. 13), arguing that the three cases removed by the defendants did not qualify for removal to federal court. On April 7, 2016, the Court issued its *Order for Remand* (Doc. No. 31), remanding the case to the Third Judicial District of Wyoming. At the moment the case was remanded, this Court no longer

possessed jurisdiction, except to award costs and fees. The Court does not have jurisdiction to address the defendants' *Petition for Declaratory Judgment* (Doc. No. 7) or *Verified Cross-Complaint/Counter Claim* (Doc. No. 11). Therefore, these pleadings and the various motions to dismiss filed in response to these pleadings are moot. Here is a list of some pleadings that are moot.

- The defendants' *Petition for Declaratory Judgment* (Doc. No. 7);
- The defendants' *Verified Cross-Complaint/Counter Claim* (Doc. No. 11);
- Global E's *Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure* (Doc. No. 35);
- Green River Police Department's *Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and U.S.D.C.L.R. 7.1* (Doc. No. 37);
- The defendants' *Amended Cross Plaintiff Marti Lundahl's Appointment of U.S. Attorney So That Court Will Read Pleadings Submitted by Cross Plaintiff* (Doc. No. 54);
- CenturyLink Public Communications' *Motion to Dismiss* (Doc. No. 57);
- The defendants' *Notice to CenturyLink that Special Appearance Motion Filed By CenturyLink As Pacer Doc. 25 Is Not A Sufficient Response to Marti and Hollie's Complaint; Thus CenturyLink is in Threat of Default* (Doc. No. 65); and
- The defendants' *Notice to the Court* (Doc. No. 68).

All other pleadings and motions that are not part of the remaining dispute over attorneys' fees are moot as well. This includes the defendants' improper requests for entry of default. This case will be completed when the Court enters its order on attorneys' fees and corresponding judgment. It is hereby

**ORDERED** that all pending motions in this case, except with regard to attorneys' fees are **DENIED** as **MOOT**. This Court has no jurisdiction to issue any further orders, except as to attorneys' fees and the corresponding judgment.

Dated this 9th day of May, 2016.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE

2