## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

GLOBAL E, LLC, d/b/a PIONEER PARK
MHC,

           Plaintiff,

     v.

MARTI LUNDAHL, and HOLLIE
TELFORD,

        Defendants.

Case No. 15-CV-188-ABJ

---

### JUDGMENT

The Court has entered its separate *Order Awarding Global E and CenturyLink Costs and Attorneys' Fees* (Doc. No. 70) finding that judgment should be entered in favor of Global E, LLC and CenturyLink against Marti Lundahl and Hollie Telford for costs and attorneys' fees. Accordingly, it is

**ORDERED, ADJUDGED, AND DECREED** that the defendants, Marti Lundahl and Hollie Telford, hereby owe Global E and CenturyLink costs and attorneys' fees. Global E is entitled to $18.40 in costs and $2,000.00 in attorneys' fees. CenturyLink is entitled to $13.46 in costs and $1,870.00 in attorneys' fees.

Dated this _____9th_____ day of May, 2016.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE