Hollie Telford, Marti Lundahl
935 Wilderness Trail
Green River, Wyoming 82935
martilundahl64@gmail.com



## UNITED STATES DISTRICT COURT FOR THE STATE OF WYOMING
## CHEYENNE DIVISION

| | | |
|---|---|---|
| MARTI LUNDAHL and HOLLIE TELFORD | : | **Civil No. 2:15-cv-00188- ABJ** |
| PLAINTIFFS (Improperly Realigned as Cross Plaintiffs) | : : | MARTI AND HOLLIE's SUPPLEMENT TO THEIR AMENDED NOTICE OF APPEAL FILED MAY 11, 2016 AS CLERK'S DOC. NO. 73 IN RE 10TH CIRCUIT |
| vs. | : | APPEAL NO. 16-8029 |
| GLOBAL E. LLC d/b/a PIONEER PARK LLC; MICHEAL STULKEN; ANN CLAYTON; JUDY CIRRILLO; VERIZON COMMUNICATIONS INC.,; ERRIN CORDINGLY; CENTURYLINK PUBLIC COMMUNICATIONS INC.; TAUNYATAYLOR; GREG NORMAN; GREEN RIVER POLICE DEPT.; AMANDA CHETTERBOCK, DONALD THATCHER, MARK McDONALD AND DOES 1-10 | : : : : : | THIS APPEAL IS OF : 1. THE REMAND ORDER ENTERED PURSUANT TO 28 USC SECTION 1443 2. THE ORDER GRANTNG REMAND ATTORNEYS FEES AT DOC. 70 |
| DEFENDANTS (Improperly realigned as Cross Defendants) | : : | 3. THE FINAL JUDGMENT FOR ATTORNEYS FEES AT DOC. 71 |

On May 11, 2016 MARTI and HOLLIE filed an amended Notice of Appeal of still pending 10th Circuit Appeal no. 16-8029 which addressed the illegality of the court's remand order entered on April 7, 2016 pursuant to 28 USC section 1443.

MARTI and HOLLIE asserted in the Amended Notice of Appeal that they were continuing to attack the constitutionality of Judge Johnson's remand order denying section 1443 removal, the Order granting remand attorneys fees, Doc. 70 entered by the court on May 7, 2016, and the final judgment pertaining to attorneys fees Doc. 71.

1

By this Supplement to their Amended Notice of Appeal, MARTI and HOLLIE also make clear that they are also attacking the court's ORDER DENYING ALL PENDING MOTIONS AS MOOT, EXCEPT THOSE CONCERNING ATTORNEYS' FEES, Clerks Doc. No. 69; because whether the court construes MARTI and HOLLIE's Complaint filed as Doc. no. 11 as an amended Complaint or Cross-complaint, summonses were issued on this initiating pleading and all parties were served with their respective directed summonses and complaints sufficient to require responses either by way of motions to dismiss, answers or defaults for failure to respond. It is HOLLIE and MARTI's position that their complaint was indeed before the court AND NOT SUBJECT to being rendered MOOT by the court's irregular and procedural due process violations in converting this originally filed FHAA, ADA, RA, CFAA case into a removal case to obstruct MARTI and HOLLIE's housing and services discrimination, etc. lawsuit.

Accordingly, MARTI and HOLLIE supplement their Amended Notice of Appeal with the additional Order mooting all filings and attached hereto as exhibit "1", to address this additional constitutional violation in the original appeal designated case no. 16-8029 with the tenth circuit court of appeals.

In addition, the clerks have made an additional error in this appeal matter. There is no filing fee required in an amended Notice of Appeal. The Original appeal of the remand order is still pending before the 10th circuit. All issues should be addressed in the same appeal proceedings.

Dated: May 11, 2016

_____
Marti Lundahl

_____
Hollie Telford

Certificate of Service
The above certify that the defendants receive service of this pleading through the court's ECF filing system as registered users.

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GLOBAL E, LLC, d/b/a PIONEER PARK MHC, <br><br> Plaintiffs, <br><br> v. <br><br> MARTI LUNDAHL, and HOLLIE TELFORD, <br><br> Defendants. | Case No. 15-CV-188-ABJ |

## ORDER DENYING ALL PENDING MOTIONS AS MOOT, EXCEPT THOSE CONCERNING ATTORNEYS' FEES

On February 4, 2016, the defendants, Marti Lundahl and Hollie Telford, filed their *Notice of Removal* concerning three cases from the Third Judicial District of Wyoming. (Doc. No. 3). The Court granted the removal on February 8, 2016. At that point, the only matters before this Court were the three matters the defendants removed from state court. The defendants then attempted to insert multiple causes of action that are unrelated to the three removed cases. The defendants attempted to insert a declaratory judgment action into this case with their *Petition for Declaratory Judgment* (Doc. No. 7). The defendants attempted to insert a separate civil action with their *Verified Cross-Complaint/Counter Claim* (Doc. No. 11). These two pleadings were not properly before the Court.

On March 4, 2016, Global E, plaintiff, filed its *Motion to Remand* (Doc. No. 13), arguing that the three cases removed by the defendants did not qualify for removal to federal court. On April 7, 2016, the Court issued its *Order for Remand* (Doc. No. 31), remanding the case to the Third Judicial District of Wyoming. At the moment the case was remanded, this Court no longer

possessed jurisdiction, except to award costs and fees. The Court does not have jurisdiction to address the defendants' *Petition for Declaratory Judgment* (Doc. No. 7) or *Verified Cross-Complaint/Counter Claim* (Doc. No. 11). Therefore, these pleadings and the various motions to dismiss filed in response to these pleadings are moot. Here is a list of some pleadings that are moot.

- The defendants' *Petition for Declaratory Judgment* (Doc. No. 7);
- The defendants' *Verified Cross-Complaint/Counter Claim* (Doc. No. 11);
- Global E's *Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure* (Doc. No. 35);
- Green River Police Department's *Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and U.S.D.C.L.R. 7.1* (Doc. No. 37);
- The defendants' *Amended Cross Plaintiff Marti Lundahl's Appointment of U.S. Attorney So That Court Will Read Pleadings Submitted by Cross Plaintiff* (Doc. No. 54);
- CenturyLink Public Communications' *Motion to Dismiss* (Doc. No. 57);
- The defendants' *Notice to CenturyLink that Special Appearance Motion Filed By CenturyLink As Pacer Doc. 25 Is Not A Sufficient Response to Marti and Hollie's Complaint; Thus CenturyLink is in Threat of Default* (Doc. No. 65); and
- The defendants' *Notice to the Court* (Doc. No. 68).

All other pleadings and motions that are not part of the remaining dispute over attorneys' fees are moot as well. This includes the defendants' improper requests for entry of default. This case will be completed when the Court enters its order on attorneys' fees and corresponding judgment. It is hereby

**ORDERED** that all pending motions in this case, except with regard to attorneys' fees are **DENIED** as **MOOT**. This Court has no jurisdiction to issue any further orders, except as to attorneys' fees and the corresponding judgment.

Dated this 9th day of May, 2016.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE

2