# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | July 07, 2016 | Chris Wolpert<br>Chief Deputy Clerk |

Stephan Harris
United States District Court for the District of Wyoming
Office of the Clerk
2120 Capitol Avenue, Room 2141
Cheyenne, WY 82001-0000

Marti Lundahl
Hollie Telford
935 Wilderness Trail
Green River, WY 82935

O'Kelley Hardman Pearson
Hickey & Evans
1800 Carey Avenue, Suite 700
P.O. Box 467
Cheyenne, WY 82003-0467

Michael William Stulken
Stulken and Tynsky
520 Wilkes Drive, Suite 7A
P.O. Box 237
Green River, WY 82935


**RE:** 16-8047, Global E, et al v. Lundahl, et al
Dist/Ag docket: 2:15-CV-00188-ABJ

Dear Litigants and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

EAS/dd